**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KAI EDWARDS, | ) | NO. CV 13-4342-PSG(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
| v. | ) | |
| | ) | CONCLUSIONS AND RECOMMENDATIONS |
| FRANK CHAVEZ, | ) | |
| | ) | OF UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

///

1          IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2    the Magistrate Judge's Report and Recommendation and the Judgment

3    herein on Petitioner and counsel for Respondent.

4

5          LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7          DATED:   January 9, 2014.

8

9

10         _____

11                    PHILLIP S. GUTIERREZ
                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28