**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KAI EDWARDS, | ) | NO. CV 13-4342-PSG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| FRANK CHAVEZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 9, 2014.

_____
PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE